Richard Phelps SBN: 103141
405 14th Street, Suite 508
Oakland, CA 94612
510-268-9919
510-268-0368 facsimile

Attorney for Defendant
Dewayne Stancill

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN O'CALLAGHAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN LEANDRO, a public entity, SAN LEANDRO POLICE DEPARTMENT, a public entity, DEWAYNE STANCILL, an individual, and DOES 1 through 100, inclusive,<br><br>        Defendants. | **Case No.: 3:09-cv-00624 CRB**<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS AND [P~~ROPOSED~~] ORDER**<br><br>**Judge: Honorable Charles R. Breyer**<br>**Courtroom: 8, 19th Floor** |

NOTICE IS HEREBY GIVEN that, subject to the approval of the court, Defendant DEWAYNE STANCILL ("Defendant") substitutes Richard Phelps, State Bar No.: 103141, as counsel in place of Scott Kivel.

Contact information for new counsel is as follows:
Name: Richard Phelps
Address: 405 14th Street, Suite 508, Oakland, CA 94612
Phone numbers: 510-268-9919 Fax: 510-268-0368
e-mail: PhelpsMediation@aol.com

I consent to the above substitution.

Date: June 16, 2010            __(/S/)_____
                                                            Defendant Dewayne Stancill

SUBSTITUTION OF ATTORNEYS - 1

1

2   I consent to being substituted.

3   Date: June 15, 2010                                    _(/S/)_____

4                                                                          Attorney Scott Kivel

5

6   I consent to the above substitution.

7

8   Date: June 16, 2010                                    _(/S/)_____

                                                                           Attorney Richard Phelps
9

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

11  "conformed" signature (/S/) within the efiled document.

12  Date: June 16, 2010                                    __(/S/)_____

13                                                                         Richard Phelps

14

15

16  The substitution of attorneys is hereby approved and ORDERED

17

18  Date: _June 22, 2010_____                        _____

19                                                                         Honorable Charles R. Breyer
                                                                           United States District
20

21                                                         IT IS SO ORDERED

22
                                                           Judge Charles R. Breyer
23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS - 2