IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE O'CALLAGHAN, | No. C 09-0624 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF SAN LEANDRO, et al., | |
| Defendants. / | |

This Court is in receipt of Plaintiff's Administrative Motion for Order Shortening Time for a hearing on her Motion for Leave to Dismiss or, in the alternative, to Remand to State Court. Defendant Stancill is ordered as follows: (1) file his objection to this motion, if any, by Friday, July 16; and (2) inform this Court by July 16 whether he intends to oppose the underlying Motion for Leave to Dismiss.

**IT IS SO ORDERED.**

Dated: July 12, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\618-24\Order to File Response.wpd