IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE O'CALLAGHAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>        Defendants.                  / | No. C 09-0624 CRB<br><br>**ORDER GRANTING REQUEST TO DISMISS WITH PREJUDICE** |

Plaintiff wishes to dismiss her case with prejudice, and asks this Court pursuant to Rule 41(a)(2) for an order doing so. Defendant Stancill has notified this Court that he has no objection to this request. Therefore, Plaintiff's request to dismiss her case with prejudice is GRANTED and this case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: July 20, 2010

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE