IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE O'CALLAGHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants.                    / | No. C 09-0624 CRB<br><br>**JUDGMENT** |

    The Court, having dismissed Plaintiff's case with prejudice as to Defendant Stancill, enters judgment in favor of Defendant Stancill and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 21, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\618-24\Judgment as to Stancill and OCallaghan.wpd